

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

<u>Frederick K. Brewington</u>  <u>Of Counsel</u>
Albert D. Manuel III  Oscar Holt III
  Jay D. Umans

January 27, 2022

<u>VIA ELECTRONIC CASE FILING</u>
Honorable Nelson S. Roman
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *Billings v. State of New York, et.al.*
    *Docket No.: CV-19-11796 (NSR)*

Dear Judge Roman:

  As you are aware, we are the attorneys representing the Plaintiff in the above referenced matter. We wish to inform the Court that a member of our staff, Maria Dyson, Esq., has resigned. Accordingly, we respectfully request that her name be removed as an attorney for this matter.

  We thank the Court for its kind consideration.

           Respectfully submitted,

          */S/ Frederick K. Brewington*
          FREDERICK K. BREWINGTON

FKB:pl