**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MAUREEN M. BILLINGS,

                Plaintiff,

-against-                                   19 **CIVIL** 11796 (NSR)

                                                     **JUDGMENT**

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, ROGER A. MURPHY, PAUL J.
ARTUZ, and DIANE CURRA,

                Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order & Opinion dated August 19, 2022, the Court GRANTED Defendants' motion to dismiss (ECF No 46) and DISMISSED Plaintiff's Second Amended Complaint in its entirety without leave to replead; judgment is entered; accordingly, the case is closed.

**Dated:**  New York, New York

     August 22, 2022

                                                      **RUBY J. KRAJICK**
                                                     _____
                                                     **Clerk of Court**
                             **BY:**
                                                     _J. Saviñon_
                                                     _____
                                                       **Deputy Clerk**