

### THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

***Attorneys and Counselors at Law***
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

| | | |
|---|---|---|
| Frederick K.Brewington |  | Of Counsel |
| Albert D. Manuel III | | Oscar Holt III |
| Cobia M. Powell | | Jay D. Umans |

December 13, 2025

***VIA ELECTRONIC CASE FILING***
Honorable Victoria Reznik
United States Magistrate Judge
United States District Court
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> **Re:**    ***Billings v. State of New York et al.,***
> **Docket No.: CV-19-11796 (NSR)(VR)**

Dear Judge Reznik:

As you are aware, we are the attorneys representing the Plaintiff, Ms. Maureen Billings, in the above referenced matter. We write this letter with the consent of Defendants to respectfully request an extension to provide the Court with the proposed confidentiality order by December 26, 2025. Our apologies for the lateness of this filing. The lateness of this filing and the reason for the request is because Plaintiff's Office is preparing for a trial that commences on December 15, 2025, in *Fasolakis v. County of Nassau et al.*-CV-22-7954, before the Honorable Judge Choudhury, and had not had a chance to throughly review the draft confidentiality order provided by Defendants on December 11, 2025. This is Plaintiff's first request for an extension.

We thank the Court for its kind consideration.

Respectfully submitted,
*Cobia M. Powell*
COBIA M. POWELL

cc:    All Counsel (Via ECF)
CMP.

The parties' request is **GRANTED**. The parties are directed to submit a proposed confidentiality stipulation and protective order by no later than **December 26, 2025**. The Clerk of Court is respectfully directed to close the gavel on ECF No. 69.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 12/15/2025