**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

September 11, 2026

By ECF
The Honorable Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: Billings v. State of New York, et. al., 19-Civ-11796 (NSR)

Dear Judge Román:

This Office represents the remaining Defendants in this employment discrimination action brought by Plaintiff Maureen Billings, a Correction Officer employed by the New York State Department of Corrections and Community Supervision (DOCCS). Defendants respectfully respectfully request adjournment of the case management conference before Your Honor currently scheduled for September 18, 2026, until a date following the close of discovery. Plaintiff consents to this application. All discovery, including expert discovery, is currently scheduled to close on January 19, 2027. However, the parties have filed an application today with Magistrate Judge Reznik to extend the completion of discovery until February 26, 2027. Accordingly, the parties jointly respectfully request the rescheduling of the case management conference to a date following the completion of discovery, which will be either January 19 or February 26, 2027, depending on Judge Reznik's ruling.

MEMO ENDORSED

Respectfully submitted,

/s/ Steven N. Schulman
STEVEN N. SCHULMAN
Assistant Attorney General
(212) 416-8654
steven.schulman@ag.ny.gov

cc: Cobia Powell, Esq.
Frederick Brewington, Esq.

The case management conference scheduled for September 18, 2026 is adjourned to April 15, 2026 at 2:00 p.m. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 87.

Dated: September 14, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge